# Exhibit B

**From:** Hmanagement [mailto:absencemangementdcm@kcsouthern.com] **On Behalf Of** Jill Byers
**Sent:** Monday, October 04, 2021 11:06 AM
**To:** bcplus3@windstream.net
**Subject:** FMLA Exhaust


Attached is a document related to your leave case. Please review and call with questions.
Thank you,
Jill Byers, RN, BSN
Senior Leave Administrator, Medical Services
The Kansas City Southern Railway Company
427 West 12th Street | Kansas City, MO 64105
Office: 816.983.1361 Fax: 816.218.0156 Cell: 816.935.7183
jbyers@kcsouthern.com

---

 **2021-10-04 Ulrich, Christopher 73374 FMLA exhaust.doc**
311K