# Exhibit D

**From:** Hmanagement <absencemangementdcm@kcsouthern.com> **On Behalf Of** Leave Administrator 005
**Sent:** Wednesday, October 06, 2021 12:28 PM
**To:** bcplus3@windstream.net
**Subject:** Ulrich, Christopher - Employee Leave Denied


Leave request 10059 has been denied.

Reason for denial: Entitlement Exhausted

Please contact leave management at 844-879-4359 should you have additional questions.

---


**FMLA Denial Letter - Ulrich.pdf**
26K