# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Roderick Roberson, Michael Hudson, Dylon White, Caleb Schmitt, Justin Berberich, Chris Ulrich, and Ron Collins, individually and on behalf of others similarly situated, | Case No. 22-CV-358 |
| Plaintiffs, | |
| v. | **DECLARATION OF NICHOLAS THOMPSON** |
| The Kansas City Southern Railway Co., | |
| Defendant. | |

I, Nicholas Thompson, declare as follows:

1. I represent Plaintiffs in this action. I have personal knowledge of the facts contained in this declaration. If called as a witness, I could and would testify competently to the matters stated below.

2. I frequently represent employees against Defendant The Kansas City Southern Railway Co. ("KCS"). In the course of my work, I have come to know Noah Garcia, KCS's general counsel. Through my work, I communicate with Mr. Garcia frequently.

3. On May 31, 2022, I emailed Mr. Garcia the court-stamped versions of the complaint in this action and all documents attached thereto, this Court's notice docketed at ECF No. 2 and 2-1, Plaintiffs' motion for a temporary restraining order, Plaintiffs' suggestions in support of their motion for a temporary restraining order, Plaintiffs' proposed order granting their motion for a temporary restraining order, the declarations of the seven Plaintiffs, including all exhibits attached

1

to those declarations, the declaration of Eric Prewitt, and Plaintiffs' motion to exceed the default page limit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 31, 2022                           s/ Nicholas Thompson
                                                                                    Nicholas Thompson