UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Roderick Roberson, Michael Hudson, Dylon White, Caleb Schmitt, Justin Berberich, Chris Ulrich, and Ron Collins, individually and on behalf of the proposed class,<br><br>Plaintiffs,<br><br>v.<br><br>The Kansas City Southern Railway Co.,<br><br>Defendant. | Case No. 22-CV-358<br><br>**PLAINTIFFS' MOTION TO CLARIFY ORDER AND INVALIDATE RELEASES** |

Plaintiffs, on behalf of themselves and other similarly situated individuals, hereby move this Court for an order clarifying its order granting in part Plaintiffs' motion to enjoin Defendant from improper ex parte communications as it applies to class members who have already signed release agreements. Plaintiffs support their motion with an accompanying memorandum of law and contemporaneously filed exhibit.

Date: September 30, 2022

s/ Adam W. Hansen
Adam W. Hansen
Email: adam@apollo-law.com
APOLLO LAW LLC
333 Washington Avenue North
Suite 300
Minneapolis, MN 55401
Phone: (612) 927-2969

Steven L. Groves
GROVES POWERS LLC
One U.S. Bank Plaza
505 N. 7th St., Ste. 2010
St. Louis, MO 63101
Phone: (314) 696-2300
Email: sgroves@grovespowers.com

1

Colin Reeves
APOLLO LAW LLC
1000 Dean Street, Suite 101
Brooklyn, NY 11238
Phone: (646) 363-6763
Email: colin@apollo-law.com

Nicholas D. Thompson
CASEY JONES LAW
3520 Cherryvale Avenue, Suite 83
Appleton, WI 54913
Phone: (757) 477-0991
Email: nthompson@caseyjones.law

Mark Thomson
CASEY JONES LAW
1330 Lagoon Ave, 4th Floor
Minneapolis, MN 55408
Phone: (612) 699-4703
Email: mthomson@caseyjones.law

*Attorneys for Plaintiffs and the Proposed Class*