**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| RODERICK ROBERSON, *et al.* | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 4:22-CV-00358-RK |
| v. | ) | |
| | ) | |
| THE KANSAS CITY SOUTHERN | ) | |
| RAILWAY CO., | ) | |
| | ) | |
| Defendant. | ) | |

**KCSR'S UNOPPOSED MOTION FOR LEAVE TO EXCEED**
**THE PAGE LIMIT ON ITS SUGGESTIONS IN OPPOSITION TO**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant The Kansas City Southern Railway Company ("KCSR") respectfully moves for leave to exceed the page limit on its Suggestions in Opposition to Plaintiffs' Motion for Class Certification. KCSR requests an additional 20 pages of argument, for a total of 35 pages of argument not counting the factual background, which is excluded from the page limitation pursuant to L.R. 7.0(d)(2). Plaintiffs do not oppose KCSR's request.

KCSR has good cause to exceed the page limit. On March 14, 2024, Plaintiffs filed their 52-page class certification brief (ECF No. 98), after having first filed their own Motion to Exceed the Page Limit (ECF No. 95), which KCSR likewise did not oppose. In order to fully address all of the various arguments and assertions in Plaintiffs' brief, KCSR needs additional space in its own brief. KCSR believes that this additional content will aid the Court in making its class certification decision. For all of these reasons, KCSR respectfully requests that the Court grant this unopposed motion and authorize KCSR to include up to 35 pages of argument in its Suggestions in Opposition to Plaintiffs' Motion for Class Certification.

Dated:   April 23, 2024                    Respectfully submitted,

/s/ Thomas R. Chiavetta
Thomas R. Chiavetta (*pro hac vice*)
Donald J. Munro (*pro hac vice*)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
tchiavetta@jonesday.com
dmunro@jonesday.com

Shelley I. Ericsson (Bar No. 48047)
Daniel P. Johnson (Bar No. 68966)
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
4520 Main St.
Suite 400
Kansas City, MO 64111
Telephone: (816) 471-1301
shelley.ericsson@ogletree.com
daniel.johnson@ogletree.com

*Attorneys for Defendant*
*The Kansas City Southern Railway Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2024, a true and accurate copy of the foregoing was filed using the CM/ECF system which will send notification of such filing to the Court and Plaintiffs' counsel.

*/s/ Thomas R. Chiavetta*
Thomas R. Chiavetta
